IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ARABELIA HERNANDEZ and MARCELINO HERNANDEZ §§§§<br>*Plaintiffs,* | |
| VS. | CIVIL ACTION NO. 7:22-cv-69 |
| | (JURY DEMANDED) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>*Defendant.* | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Defendant **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** ("State Farm"), pursuant to 28 U.S.C., 1446, filing this its *Notice of Removal* and, for cause, shows as follow:

### I.

Plaintiffs **ARABELIA HERNANDEZ** and **MARCELINO HERNANDEZ** instituted this civil action against Defendant **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** in the 206th Judicial District Court of Hidalgo County, Edinburg, Hidalgo County, Texas. True copies of the process and pleadings from the state court litigation are contemporaneously filed.

### II.

This action is properly removable under 28 U.S.C., §1441(a) because the United States District Court has original jurisdiction, pursuant to 28 U.S.C., §1332(a). This action is timely removable pursuant to 28 U.S.C., §1446(b). Defendant first received notice of this suit when it was served with Citation on January 28, 2022, and this removal notice is filed within 30 days thereafter.

### III.

The plaintiffs are natural persons and residents of the State of Texas. Defendant State Farm Mutual Automobile Insurance Company is a corporation incorporated in the State of Illinois, with its principal place of business in the State of Illinois. Therefore, there is diversity of citizenship between the parties.

### IV.

Plaintiffs' state court Petition pleads that plaintiffs were injured in a motor vehicle accident. Plaintiffs assert a claim for Declaratory Judgment against State Farm for Underinsured Motorist benefits from State Farm. Plaintiffs further assert claims of "bad faith" and violations of the Texas Insurance Code by State Farm. Plaintiffs also claim attorney fees. Plaintiffs plead that they are seeking "over $1,000,000.00 in monetary damages." The amount in controversy satisfies the threshold requirements of 28 U.S.C., §1332(a). State Farm exercises timely removal jurisdiction.

### V.

Notice of Removal to the United States District Court has been provided to the 206th Judicial District Court of Hidalgo County, Edinburg, Hidalgo County, Texas, from which this suit originated, and to counsel for Plaintiffs.

**WHEREFORE, PREMISES CONSIDERED**, defendant State Farm Mutual Automobile Insurance Company prays that this action be removed to the United States District Court for the Southern District of Texas, McAllen Division; that defendant be afforded judgment that plaintiffs take nothing on all claims as to this defendant; and, for such other and further relief that it may be entitled to.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Phone: (956) 428-7495
Fax: (956) 428-2954

By: /s/   Scott T. Clark
SCOTT T. CLARK
State Bar No. 00795896
Federal I.D. No. 21676
sclark@adamsgraham.com

Counsel for *Defendant*, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to all counsel of record as follows on this the 28TH day of February, 2022:

Richard A. Hinojosa                    *Via E-Service*
HINOJOSA LAW, PLLC
3904 Brandt Street
Houston, TX  77006
*e-service@hinojosalaw.com*


/s/ Scott T. Clark
SCOTT T. CLARK